# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

CLARENCE WILLIAM LEWIS, JR.

| | |
|---|---|
| Chapter: | 13 |
| Case No.: | 5-19-bk-01873 RNO |
| Adversary No.: | 5-19-ap-00116 RNO |
| Document No.: | 9 |
| Nature of Proceeding: | Amended Complaint |

CLARENCE WILLIAM LEWIS, JR.

Plaintiff(s)

vs.

THE MONEY SOURCE, INC.

Defendant(s)

## ORDER

After due consideration of the Amended Complaint filed to Docket No. 9, it is

ORDERED that pursuant to Local Bankruptcy Rule 7002-1, which makes District Court Local Rules 7.1 through 7.8 and 15.1 applicable in adversary proceedings, the Debtor/Plaintiff must, within fourteen (14) days of the date of this Order, file as an exhibit in the adversary proceeding, a redlined version of the Amended Complaint in which stricken material has been lined through and any new material has been inserted and set forth in a different colored or bold-faced type; and,

FURTHER ORDERED that the Defendant shall file its answer or other responsive pleading within twenty-eight (28) days of the date of this Order.

Dated: January 27, 2020

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Bankruptcy Judge (BI)