# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **CLARENCE W. LEWIS, JR.** | Chapter: | 7 |
| Debtor(s) | Case No.: | 5-19-bk-01873 RNO |
| **CLARENCE W. LEWIS, JR.** | Adversary No.: | 5-19-ap-00116 RNO |
| Plaintiff(s) | Document No.: | 44 |
| vs. | | |
| **THE MONEY SOURCE, INC.** | Nature of Proceeding: | Motion to Dismiss |
| Defendant(s) | | |

## ORDER

Pursuant to the filing of the Defendant's Motion to Dismiss ("Motion"), filed to Docket No. 44, and the Defendant's Brief in Support of Motion to Dismiss, filed to Docket No. 45, it is

ORDERED that the Plaintiff, Clarence W. Lewis, Jr.'s, reply brief shall be filed within twenty-eight (28) days of the date of this Order; and,

FURTHER ORDERED that a hearing on the Motion is scheduled for **August 27, 2020**, at **9:30 a.m.**, in Courtroom No. 2, Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania.

Dated: June 5, 2020

By the Court,

*Robert N. Opel II*

Robert N. Opel, II, Bankruptcy Judge (BI)