Sabatini Freeman, LLC

216 N. Blakely St.
Dunmore, PA 18512

Statement as of: 3/24/2022

**Clarence Lewis**
**312 Church St.**
**Taylor, PA 18517**

Our file number: 3250-002

## Rate Summary

| Professional | Gross | | Discount | | Net |
|---|---|---|---|---|---|
| Brett Freeman | 35.90 hours at $350.00/hr | $12,565.00 | 2.10 hours | ($735.00) | $11,830.00 |
| Carlo Sabatini | 66.00 hours at $415.00/hr | $27,390.00 | 6.80 hours | ($2,822.00) | $24,568.00 |
| Ashley Werner | 5.80 hours at $150.00/hr | $870.00 | 3.40 hours | ($510.00) | $360.00 |
| Total: | 107.70 hours (before discount) | $40,825.00 | 12.30 hours | ($4,067.00) | $36,758.00 |

## Itemized Listing of Services

| Date | Description | Rate | | Hours | Amount | Discount |
|---|---|---|---|---|---|---|
| 08/30/2019 | Review and edit request for information to mortgage company. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 09/27/2019 | Review and sign letter to The Money Source Inc. requesting information | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 10/02/2019 | Receive and review voicemail from Andrew Spivack regarding information request. Email to Andrew regarding the same | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 10/02/2019 | Email to Hanyon regarding second request for information sent last week. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 10/02/2019 | Receive and review email from Hanyon regarding availability for a call tomorrow. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 10/02/2019 | Receive, review, and respond to email from Spivack regarding phone call availability. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 10/03/2019 | Call with Spivack & Hanyon regarding charges and fees. | CS | 415.00 | 0.80 | 332.00 | 0.00 |
| 10/03/2019 | Receive and review phone message from Mario Hanyon. Return call to Hanyon regarding claims, fees, and response to Request for Information. | CS | 415.00 | 0.80 | 332.00 | 0.00 |
| 10/04/2019 | Receive and review email from Spivack regarding 506 (b) analysis | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 10/07/2019 | Review 506 cases from Spivack | CS | 415.00 | 1.30 | 539.50 | 0.00 |
| 10/09/2019 | Research to find authority that an undersecured creditor is not entitled to collect attorney's fees | CS | 415.00 | 0.40 | 166.00 | 0.00 |
| 10/16/2019 | Call with Mario Hanyon regarding receipt and response to Request for Information. | CS | 415.00 | 0.40 | 166.00 | 0.00 |
| 11/17/2019 | Draft RESPA complaint. | CS | 415.00 | 0.60 | 249.00 | 0.00 |
| 11/18/2019 | Conference with CS regarding pattern of practice | BF | 350.00 | 0.10 | 35.00 | 0.00 |

| Date | Description | Tkpr | Rate | Hours | Amount | Adjustment |
|---|---|---|---|---|---|---|
| 11/18/2019 | Research calculation of statutory damages. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 11/18/2019 | Research TILA violation including statutory damages for failure to provide a payoff statement upon request | CS | 415.00 | 0.60 | 249.00 | 0.00 |
| 11/18/2019 | Edit RESPA complaint | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 11/18/2019 | Conference with BF regarding TILA issue | CS | 415.00 | 0.40 | 166.00 | 0.00 |
| 11/18/2019 | Research amount of statutory damages | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 11/18/2019 | Conference with BF regarding pattern of practice. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 11/20/2019 | Receive and review phone message from client. Return call to client regarding his claims against The Money Source, Inc. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 11/22/2019 | Email to client with retainer agreement | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 11/25/2019 | Work on complaint | CS | 415.00 | 0.60 | 249.00 | 0.00 |
| 11/26/2019 | Work on complaint. | CS | 415.00 | 2.10 | 871.50 | 0.00 |
| 11/27/2019 | Receive and review summons filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 11/27/2019 | Receive and review docket entry regarding filing fee not required | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 11/27/2019 | Review and sign letter to Defendant enclosing summons and complaint | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 12/06/2019 | Call from Mario Hanyon regarding confidential settlement communications. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 12/06/2019 | Email to Hanyon to confirm confidential settlement communications. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 12/06/2019 | Prepare settlement agreement | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 12/06/2019 | Receive and review email from Hanyon confirming the parties' agreement to keep confidential the dollar amount of all settlement offers and demands. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 12/06/2019 | Email to Hanyon with draft settlement agreement | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 12/09/2019 | Receive, review, and respond to email from Hanyon regarding changing the payment date in the agreement | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 12/09/2019 | Receive, review, and respond to email from Hanyon requesting 30 days to pay | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 12/09/2019 | Receive, review, and respond to email from Hanyon regarding edit to the agreement. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 12/09/2019 | Receive, review, and respond to email from Hanyon attaching revised agreement | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 12/11/2019 | Receive, review, and respond to email from Hanyon asking for concurrence with extension to respond. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 12/11/2019 | Receive, review, and respond to email from Hanyon regarding reason for extension request. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 12/12/2019 | Receive, review, and respond to email from Hanyon regarding settlement demand and agreement. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 12/12/2019 | Email to client with complaint and summons filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 12/17/2019 | Email to Hanyon to follow up on settlement agreement. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 12/17/2019 | Receive, review, and respond to email from Hanyon regarding waiting to hear back from his client | CS | 415.00 | 0.10 | 41.50 | -41.50 |

| Date | Description | | Rate | Hours | Amount | Adj |
|---|---|---|---|---|---|---|
| 12/18/2019 | Receive, review, and respond to email from Hanyon regarding setting up a phone call. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 12/18/2019 | Receive, review, and respond to email from Hanyon regarding setting up a call for Friday | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 12/18/2019 | Receive and review email from Hanyon regarding phone call. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 12/18/2019 | Receive, review, and respond to email from Hanyon asking whether I received the invite. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 12/20/2019 | Research for multiple statutory damages | CS | 415.00 | 0.40 | 166.00 | 0.00 |
| 12/20/2019 | Call with Marion Hanyon and The Money Source regarding extension request, settlement demand, and settlement agreement. | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 12/20/2019 | Receive and review motion to extend time filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 12/27/2019 | Research the availability of multiple statutory damages and the meaning of "pattern and practice" for purposes of statutory damages | CS | 415.00 | 1.10 | 456.50 | 0.00 |
| 12/27/2019 | Receive and review order granting motion to extend time to file answer filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 12/27/2019 | Email to client with motion for extension of time filed on the docket. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/08/2020 | Receive, review, and respond to email from Hanyon requesting extension | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/08/2020 | Receive, review, and respond to email from Hanyon regarding extension | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/09/2020 | Receive, review and respond to email from Hanyon thanking me for extension and asking after conference. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 01/09/2020 | Receive and review email from Hanyon. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 01/09/2020 | Receive and review second motion for extension of time to file answer filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/13/2020 | Receive and review email from Hanyon attaching revised settlement agreement | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 01/13/2020 | Email to Hanyon regarding phone call to discuss changes to settlement agreement | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 01/14/2020 | Receive and review email from Hanyon regarding invite to conference call | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 01/14/2020 | Call with Mario and The Money Source to discuss proposed changes to settlement document. | CS | 415.00 | 0.50 | 207.50 | 0.00 |
| 01/14/2020 | Finish up edits to settlement agreement. Email to Hanyon with revised settlement agreement | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/15/2020 | Receive and review email from Hanyon confirming settlement agreement approved and requesting demand | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/15/2020 | Call with Hanyon regarding settlement., | CS | 415.00 | 0.60 | 249.00 | -41.50 |
| 01/17/2020 | Email to client with order regarding extension, second motion for extension, and order regarding second motion for extension filed on the docket. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/17/2020 | Receive and review answer filed on the docket | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 01/17/2020 | Email to Haar Requesting 26(f) | CS | 415.00 | 0.20 | 83.00 | -41.50 |

| Date | Description | Atty | Rate | Hours | Amount | Adj |
|---|---|---|---|---|---|---|
| 01/17/2020 | Research file regarding appropriate RFI address. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 01/17/2020 | Email to Haar with copy of discovery that was mailed out | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/21/2020 | Review and sign letter to Haar enclosing first discovery request | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/21/2020 | Review second set of discovery | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/21/2020 | Email to Haar to follow up on 26(f) conference and attaching second set of discovery | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/21/2020 | Receive and review email from Haar regarding not scheduling 26(f) and asking after demand | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/21/2020 | Email to Haar regarding need for 26(f) conference and requesting response to demand | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 01/22/2020 | Conference with CS regarding email from Defendant's lawyer, motion for judgment on the pleadings, and motion to strike | BF | 350.00 | 0.80 | 280.00 | -280.00 |
| 01/22/2020 | Receive and review email from Francis Riley regarding my demand and my fees | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/22/2020 | Conference with BF regarding email from Defendant's lawyer, motion for judgment on the pleadings, and motion to strike | CS | 415.00 | 0.80 | 332.00 | 0.00 |
| 01/23/2020 | Review complaint and answer | BF | 350.00 | 0.40 | 140.00 | 0.00 |
| 01/23/2020 | Review applicable RESPA and TILA regulations. Research the same regarding proper statutory coverage of Defendant. | BF | 350.00 | 0.60 | 210.00 | 0.00 |
| 01/23/2020 | Draft amended complaint | BF | 350.00 | 1.20 | 420.00 | 0.00 |
| 01/23/2020 | Initial draft of email to opposing counsel regarding their amended answer. | CS | 415.00 | 0.40 | 166.00 | 0.00 |
| 01/23/2020 | Edit email to opposing counsel and send to Francis Riley. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/23/2020 | Receive and review email from Haar attaching offer of judgment. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/23/2020 | Email to client with offer of judgment | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/23/2020 | Receive and review email from Riley regarding settlement discussions and reasonable fees. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/27/2020 | Call to client to discuss offer of judgment. No answer, mailbox was full. Email to him regarding the same. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 01/27/2020 | Receive and review order filed on the docket instructing Plaintiff to file redline of the amended complaint | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/27/2020 | Receive and review email from BF regarding OOJ | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/27/2020 | Work on redline complaint | CS | 415.00 | 0.30 | 124.50 | -124.50 |
| 01/27/2020 | Conference with BF regarding offer of judgment. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 01/27/2020 | Call with client regarding offer from mortgage company. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/10/2020 | Email to client with motion for extension and proposed order filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/11/2020 | Review file regarding next steps. | CS | 415.00 | 0.10 | 41.50 | -41.50 |

| Date | Description | Atty | Rate | Hours | Amount | Adj |
|---|---|---|---|---|---|---|
| 02/18/2020 | Receive and review email from Mishoe with letter regarding discovery. Review file | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 02/19/2020 | Draft letter to MIshoe regarding discovery | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 02/19/2020 | Edit stipulation | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 02/19/2020 | Email to Mishoe with letter, stipulation, and order | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/19/2020 | Receive, review, and respond to email from Mishoe regarding stipulations regarding discovery | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/24/2020 | Conference with CS regarding response to brief in support of motion to dismiss. | BF | 350.00 | 0.50 | 175.00 | 0.00 |
| 02/24/2020 | Receive and review Motion to Dismiss filed on the docket | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 02/24/2020 | Receive and review brief in support of motion to dismiss filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/24/2020 | Review brief filed on the docket in support of motion to dismiss | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 02/24/2020 | Receive and review email from Mishoe with letter regarding discovery | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 02/24/2020 | Conference with BF regarding response to brief in support of motion to dismiss. | CS | 415.00 | 0.50 | 207.50 | 0.00 |
| 02/24/2020 | Email to client with Entry of Appearance filed on the docket | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 02/25/2020 | Conference with BF regarding whether Rule 11 motion for asserting that RESPA does not require them to provide the name of the owner of the loan. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 02/26/2020 | Research regarding motion to compel discovery | CS | 415.00 | 0.50 | 207.50 | 0.00 |
| 02/27/2020 | Receive and review email from JMM with results of scheduling order analysis | CS | 415.00 | 0.20 | 83.00 | -83.00 |
| 02/28/2020 | Review file regarding discovery response due date. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 02/28/2020 | Draft letter to Haar regarding discovery | CS | 415.00 | 0.80 | 332.00 | 0.00 |
| 02/28/2020 | Email to Haar with letter regarding discovery | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 02/28/2020 | Email to client with motion to dismiss, brief in support of motion to dismiss, and order filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/28/2020 | Email to client with copy of letter to Haar | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 03/02/2020 | Receive, review, and respond to email from Mishoe requesting concurrence with motion to stay discovery | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/02/2020 | Receive and review email from Mishoe with motion to stay discovery | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/02/2020 | Receive and review Motion to Stay filed on the docket | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 03/02/2020 | Receive and review brief in support of motion to stay filed on the docket | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 03/05/2020 | Receive and review notice setting objection date and hearing filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/10/2020 | Receive and review Motion to Appear Pro Hac Vice filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/10/2020 | Email to client with motion to stay discovery, supporting brief, and hearing notice filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |

| Date | Description | | Rate | Hours | Amount | Adj |
|---|---|---|---|---|---|---|
| 03/11/2020 | Receive and review order granting motion to appear pro hac vice filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/12/2020 | Receive, review, and respond to email from BF regarding damages | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 03/12/2020 | Receive and review docket entry modifying Attorney Riley | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/13/2020 | Email to client with motion for admission and order granting motion filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/14/2020 | Receive and review BNC Certificate of Notice filed on the docket | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 03/16/2020 | Edit second amended complaint | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 03/19/2020 | Email to Riley, Haar, and Wesley requesting concurrence with motion to amend complaint. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/19/2020 | Receive, review, and respond to email from Riley regarding reviewing and discussing amendment with his client. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/19/2020 | Receive and review email from Riley confirming extension to file briefs | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/20/2020 | Draft stipulation and order | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/20/2020 | Email to Riley with stipulation and order. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/20/2020 | Receive and review email from Riley confirming I could file stipulation. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/20/2020 | Receive and review order continuing hearing filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/27/2020 | Email to client with stipulation and order filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/30/2020 | Email to Riley regarding amended complaint and extension | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/30/2020 | Receive and review email from Riley regarding opposition due and amending complaint | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/31/2020 | Email to Riley regarding extension | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/31/2020 | Receive and review email from Riley confirming three week extension from 03/31. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 03/31/2020 | Receive and review email from Riley asking if I will draft consent order. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/31/2020 | Email to Riley attaching stipulation. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/31/2020 | Receive and review email from Riley confirming I could file stipulation. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/02/2020 | Receive and review email from Haar attaching offer of judgment | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/02/2020 | Receive and review order approving stipulation to extend deadlines filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/04/2020 | Email to client with stipulation, order, and settlement offer | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/04/2020 | Conference with BF regarding offer of judgment. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 04/06/2020 | Call with client regarding offer of judgment. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/07/2020 | Receive and review proceeding memo regarding hearing canceled and rescheduled. | CS | 415.00 | 0.10 | 41.50 | 0.00 |

| Date | Description | Atty | Rate | Hours | Amount | Adjustment |
|---|---|---|---|---|---|---|
| 04/09/2020 | Receive and review email from BF asking Riley if his client consents to amended complaint. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 04/09/2020 | Receive and review email from Riley regarding TMS not consenting to complaint | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/09/2020 | Receive and review email from BF with response to Riley regarding amending complaint. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 04/09/2020 | Conference with BF regarding TMS not consenting to amending complaint. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/09/2020 | Receive and review email from Riley regarding settlement. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/10/2020 | Edit brief regarding motion to amend | CS | 415.00 | 0.40 | 166.00 | 0.00 |
| 04/13/2020 | Receive, review, and respond to email from Trip regarding the 7k offer of judgment, the Andrews decision, and the impact of Rule 68 on attorney's fees | BF | 350.00 | 0.60 | 210.00 | 0.00 |
| 04/13/2020 | Receive and review email from Riley regarding OOJ | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/14/2020 | Receive and review entry of appearance of BF filed on the docket | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 04/14/2020 | Email to Riley regarding motion to amend and pending motions | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 04/14/2020 | Receive and review email from Riley regarding getting back to me on staying pending motions | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 04/14/2020 | Receive, review, and respond to email from Riley regarding pending motions | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 04/14/2020 | Receive, review, and respond to email from Riley asking for clarification on staying pending motions. | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 04/14/2020 | Receive and review email from Riley confirming that he agrees to postponing briefing schedules. | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 04/14/2020 | Receive and review order setting status conference filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/14/2020 | Receive and review email from BF to Riley regarding motion to amend and pending motions | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 04/14/2020 | Receive and review email from Riley regarding getting back to BF on staying pending motions | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/14/2020 | Receive and review email from Riley to BF regarding pending motions | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/14/2020 | Receive and review email from BF to Riley regarding how to proceed with pending motions | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 04/14/2020 | Receive and review email from Riley to BF asking for clarification on staying pending motions. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/14/2020 | Receive and review email from BF to Riley regarding filing stipulation concerning postponing briefing schedules in pending motions | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 04/14/2020 | Receive and review email from Riley to BF confirming that he agrees to postponing briefing schedules won pending motions until after 05/20 conference | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/14/2020 | Receive and review email from Riley with edit to stipulation | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/14/2020 | Receive and review email from Riley confirming his consent to file stipulation. | CS | 415.00 | 0.10 | 41.50 | 0.00 |

| Date | Description | Atty | Rate | Hours | Amount | Adj |
|---|---|---|---|---|---|---|
| 04/15/2020 | Receive and review order approving stipulation filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/17/2020 | Email to client entry of appearance, motion to amend complaint, brief in support, order, stipulation for stay, and order approving stipulation filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/18/2020 | Receive and review BNC certificate of notice filed on the docket | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 04/21/2020 | Receive and review BNC certificate of notice. | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 05/19/2020 | Receive and review withdrawal of appearance of K. Wesley Mishoe filed on the docket | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 05/19/2020 | File CS entry of appearance for hearing | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 05/19/2020 | Receive and review withdrawal of appearance of Wesley Mishoe filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/19/2020 | Prepare for tomorrow's hearing | CS | 415.00 | 1.00 | 415.00 | 0.00 |
| 05/20/2020 | Redact exhibits and file amended complaint | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 05/20/2020 | Attend hearing | CS | 415.00 | 2.10 | 871.50 | 0.00 |
| 05/20/2020 | Receive and review order granting motion to file amended pleading, dismissing motion to dismiss, and staying discovery | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/20/2020 | Receive and review proceeding memo regarding hearing filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/24/2020 | Email to client with withdrawal of appearance, order, and second amended complaint filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/03/2020 | Review motion to dismiss and brief in support. Read part of Bernstein. Email to BF with theories. | CS | 415.00 | 0.40 | 166.00 | 0.00 |
| 06/04/2020 | Conference with BF regarding arguments for brief. | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 06/04/2020 | Edits to brief opposing MTD. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/05/2020 | Receive and review Order regarding brief due | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/05/2020 | Edit brief | CS | 415.00 | 1.00 | 415.00 | 0.00 |
| 07/02/2020 | Receive and review phone message from client regarding update on his case. Call to client. No answer, email to client regarding the same | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 07/16/2020 | Receive, review, and respond to email from Haar requesting extension | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 07/16/2020 | Receive and review email from Haar saying he will get proposed documents to me in the morning | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 07/17/2020 | Receive, review, and respond to email from Haar attaching proposed motion | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 07/17/2020 | Receive and review email from Haar confirming proposed order was acceptable and filing the same | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 07/17/2020 | Receive and review motion to extend time to file reply brief filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 07/20/2020 | Receive and review order granting motion to extend time to file reply brief filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 07/31/2020 | Receive and review brief in support of motion to dismiss filed on the docket. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 08/02/2020 | Email to client with brief filed in his case. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 08/26/2020 | File notice of telephonic appearance on the docket | ASW | 150.00 | 0.10 | 15.00 | 0.00 |

| Date | Description | Atty | Rate | Hours | Amount | Adj |
|---|---|---|---|---|---|---|
| 08/26/2020 | Receive and review notice of appearance of Matthew Haar filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 08/27/2020 | Attend hearing | CS | 415.00 | 3.00 | 1,245.00 | 0.00 |
| 08/27/2020 | Receive and review proceeding memo for hearing on motion to dismiss filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 08/29/2020 | Email to counsel regarding Request for Information | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 08/31/2020 | Receive and review email from Haar regarding what information I am looking for | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 08/31/2020 | Receive and review email from Hanyon regarding not being able to accept RFI's | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 08/31/2020 | Email to Haar & Hanyon regarding preserving my client's rights under Regulation X and an address for an RFI | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 09/01/2020 | Review file. Call to client. Could not leave message. Text to client | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 09/01/2020 | Call from client. Gave him an update regarding oral argument and when we might expect an opinion. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 09/01/2020 | Receive and review email from Haar regarding address for RFI | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 09/01/2020 | Email to Haar regarding address for RFI | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 09/01/2020 | Receive and review email from Haar regarding address for RFI. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 09/02/2020 | Email to Haar regarding confirmation that address in previous email is address to be used for Regulation X | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 09/02/2020 | Receive and review email from Haar confirming address for RFI and requesting a copy | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 09/03/2020 | Email copy of RFI to Haar and Riley | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 09/08/2020 | Receive and review email from Haar attaching letter concerning my RFI of September 3 | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 09/15/2020 | Receive and review email from Haar attaching letter and payoff statement | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 09/16/2020 | Email to Haar regarding payoff statement and regarding future requests | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 09/16/2020 | Receive and review email from Haar regarding future requests and outstanding information | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 09/24/2020 | Receive and review email from Riley regarding harassment | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 09/24/2020 | Email to Riley regarding his previous email and reasoning for multiple RFI's. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 09/24/2020 | Receive and review email from Riley regarding explanation of multiple RFI letters | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 09/24/2020 | Email to Haar regarding sending letter tomorrow | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 09/26/2020 | Email to Riley & Haar with second RFI | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 09/30/2020 | Receive and review email from Haar acknowledging RFI letter of 9/25 | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 09/30/2020 | Receive and review email from Riley acknowledging Haar's previous email with acknowledgement letter. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 10/26/2020 | Receive and review email from Haar attaching letter in response to 9/25 letter | CS | 415.00 | 0.10 | 41.50 | 0.00 |

| Date | Description | Atty | Rate | Hours | Amount | Paid |
|---|---|---|---|---|---|---|
| 10/28/2020 | Receive and review opinion of the court filed on the docket | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 11/12/2020 | Email to client with opinion, judgment, and third amended complaint filed in his case | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 11/13/2020 | Phone call with Haar. They are going to be filing an answer. Discussed outstanding discovery | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 12/04/2020 | Email to client with Defendant's Answer to third amended complaint | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 12/15/2020 | Review discovery responses | BF | 350.00 | 0.30 | 105.00 | 0.00 |
| 12/22/2020 | Email to Haar regarding discovery conference | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 12/22/2020 | Receive and review email from BF to Haar regarding discovery conference | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/04/2021 | Review discovery in advance of tomorrow's discovery conference | BF | 350.00 | 1.00 | 350.00 | 0.00 |
| 01/05/2021 | Prep for today's discovery conference | BF | 350.00 | 0.50 | 175.00 | 0.00 |
| 01/05/2021 | Discovery conference with opposing counsel. | BF | 350.00 | 0.60 | 210.00 | 0.00 |
| 01/05/2021 | Draft discovery letter | BF | 350.00 | 1.20 | 420.00 | 0.00 |
| 01/12/2021 | Continue drafting letter to Haar | BF | 350.00 | 0.90 | 315.00 | 0.00 |
| 01/12/2021 | Draft protective order | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 02/16/2021 | Review file. Draft email to opposing counsel regarding response. | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 02/17/2021 | Receive and review email from Haar | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 02/17/2021 | Phone call to Haar. No answer. Sent an email | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 02/17/2021 | Call with Haar regarding response. | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 02/22/2021 | Draft email to opposing counsel following up on the discovery responses | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 02/22/2021 | Receive, review, and respond to email from opposing counsel regarding response. | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 02/24/2021 | Receive, review, and respond to email from opposing counsel regarding discovery issues | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 03/01/2021 | Draft email to Haar | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 03/02/2021 | Review alternative theories for Request for Information | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 03/04/2021 | Receive and review scheduling order | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 03/05/2021 | Receive, review, and respond to letter from Haar | BF | 350.00 | 1.90 | 665.00 | 0.00 |
| 03/08/2021 | Receive, review, and respond to email from Haar regarding scheduling a call for us to discuss the protective order | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 03/08/2021 | Begin drafting motion to compel. | BF | 350.00 | 1.20 | 420.00 | 0.00 |
| 03/11/2021 | Prepare for phone call with Haar | BF | 350.00 | 0.50 | 175.00 | 0.00 |
| 03/11/2021 | Phone call with Haar regarding the protective order. | BF | 350.00 | 0.50 | 175.00 | 0.00 |
| 03/11/2021 | Draft modified protective order to send to Haar | BF | 350.00 | 0.70 | 245.00 | 0.00 |
| 03/12/2021 | Finalize protective order redline to send to opposing counsel | BF | 350.00 | 0.20 | 70.00 | 0.00 |

| Date | Description | Atty | Rate | Hours | Amount | Adj |
|---|---|---|---|---|---|---|
| 03/12/2021 | Draft email to opposing counsel regarding protective order issue, and request concurrence with modifying the scheduling order | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 03/12/2021 | Conference with BF regarding motion to compel | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 03/24/2021 | Begin drafting motion to modify scheduling order. | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 03/24/2021 | Phone call with Haar regarding response and modifying sheduling order. | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 03/25/2021 | Phone call with opposing counsel regarding the discovery issues. | BF | 350.00 | 0.30 | 105.00 | 0.00 |
| 03/29/2021 | Receive, review, and respond to email from opposing counsel regarding my proposed stipulation to extend the discovery deadline | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 03/31/2021 | Phone call to opposing counsel. No answer. Draft email to opposing counsel regarding stipulation and the need to file the motion. | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 04/05/2021 | Receive and review letter from Haar | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 04/08/2021 | Draft motion to extend deadlines | BF | 350.00 | 0.50 | 175.00 | 0.00 |
| 04/12/2021 | Draft email to opposing counsel regarding motion | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 04/12/2021 | Review file. | BF | 350.00 | 0.10 | 35.00 | -35.00 |
| 04/15/2021 | Receive and review email from opposing counsel with proposed changes to the joint motion | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 04/15/2021 | Modify joint motion. | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 04/15/2021 | Draft email to opposing counsel | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 04/15/2021 | Electronically file joint motion | BF | 350.00 | 0.10 | 35.00 | -35.00 |
| 04/17/2021 | Email to client attaching motion to extend deadlines | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/21/2021 | Draft email to opposing counsel regarding protective order | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 05/03/2021 | Email to client with order filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/05/2021 | Receive and review email from opposing counsel regarding the protective order | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 05/05/2021 | Phone call with Haar regarding modifications to the protective order | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 05/05/2021 | Modify protective order | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 05/05/2021 | Draft email to opposing counsel regarding the protective order | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 05/11/2021 | Draft email to opposing counsel regarding settlement | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 05/20/2021 | Draft email to opposing counsel regarding inexplicable delay in the protective order process | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 05/24/2021 | Finalize protective order. Draft email to opposing counsel asking for his consent to file the protective order | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 05/24/2021 | Receive and review email from opposing counsel approving the final version of the protective order | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 05/24/2021 | Electronically file protective order | BF | 350.00 | 0.10 | 35.00 | -35.00 |
| 05/25/2021 | Draft email to opposing counsel regarding motion to compel and if TMS will be supplementing its discovery responses | BF | 350.00 | 0.60 | 210.00 | 0.00 |

| Date | Description | Atty | Rate | Hours | Amount | Adj |
|---|---|---|---|---|---|---|
| 05/25/2021 | Edit Motion to Compel | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 05/26/2021 | Phone call with Haar and notes | BF | 350.00 | 0.30 | 105.00 | 0.00 |
| 05/26/2021 | Draft email to opposing counsel summarizing our conversation | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 06/21/2021 | Receive and review email from Haar attaching letter acknowledging letter of 06/17/21 | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/29/2021 | Receive and review motion to compel discovery filed on the docket | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 07/16/2021 | Email to client with answer to defendants opposition to motion to compel filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 07/26/2021 | Review brief opposing motion to compel | BF | 350.00 | 0.30 | 105.00 | 0.00 |
| 07/28/2021 | Receive and review order continuing hearing filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 08/02/2021 | Draft email to opposing counsel following up on my email from 7/27 | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 08/02/2021 | Conference with BF regarding brief | CS | 415.00 | 0.70 | 290.50 | 0.00 |
| 08/02/2021 | Research; Review Gravel v. PHH Mortgage | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 08/03/2021 | Receive and review motion to continue filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 08/05/2021 | Receive and review email from opposing counsel regarding TMS not having a bankruptcy policy | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 08/05/2021 | Modify brief in light of Defendant's counsel's statement | BF | 350.00 | 0.30 | 105.00 | 0.00 |
| 08/05/2021 | Draft motion to extend deadline | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 08/05/2021 | Conference with CS regarding strategy | BF | 350.00 | 0.20 | 70.00 | -70.00 |
| 08/05/2021 | Conference with BF regarding strategy | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 08/05/2021 | Work on proposed response to email from opposing counsel | CS | 415.00 | 0.40 | 166.00 | 0.00 |
| 08/05/2021 | Receive and review order granting motion to continue hearing filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 08/08/2021 | Email to client with motion to continue, order continuing hearing, and motion for extension filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 08/13/2021 | Email to client with reply brief regarding motion to compel filed on the docket. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 08/17/2021 | Receive and review order approving the motion to extend time | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 08/23/2021 | Email to client with order granting motion to extend time for reply brief filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 08/24/2021 | Prepare binder for hearing | ASW | 150.00 | 1.00 | 150.00 | 0.00 |
| 08/24/2021 | Receive, review, and respond to email from Ratchford regarding informal conference ahead of upcoming hearing | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 08/24/2021 | Review documentation in preparation for hearing | CS | 415.00 | 0.40 | 166.00 | 0.00 |
| 08/24/2021 | Receive and review email from Haar regarding availability for conference tomorrow | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 08/24/2021 | Receive and review email from Ratchford regarding telephonic conference tomorrow | CS | 415.00 | 0.10 | 41.50 | -41.50 |

| Date | Description | Initials | Rate | Hours | Amount | Adjustment |
|---|---|---|---|---|---|---|
| 08/24/2021 | Receive and review order setting status conference filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 08/24/2021 | Receive and review email from Haar confirming status conference | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 08/25/2021 | Review file in preparation for court call. Call with court. | CS | 415.00 | 0.50 | 207.50 | 0.00 |
| 08/25/2021 | Receive and review remote hearing registration confirmation | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 09/08/2021 | Review order regarding motion to compel discovery. | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 09/11/2021 | Email to client with order on motion to compel discovery | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 09/28/2021 | Receive and review email from Haar regarding attachment size. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 09/28/2021 | Receive and review email from Haar attaching supplemental discovery | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 09/28/2021 | Receive and review email from litigation support regarding files | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 09/29/2021 | Receive and review email from IT attaching secure document | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 09/30/2021 | Receive and review supplemental discovery responses | BF | 350.00 | 1.40 | 490.00 | 0.00 |
| 10/05/2021 | Draft followup email to Haar | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 10/15/2021 | Analyze discovery response with BF and chart out deposition strategy and future discovery strategy. | CS | 415.00 | 2.40 | 996.00 | 0.00 |
| 10/18/2021 | Receive and review email from Haar attaching discovery requests and dep notice | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 10/19/2021 | Conference with CS regarding old orders | BF | 350.00 | 0.70 | 245.00 | -245.00 |
| 10/19/2021 | Conference with BF regarding old orders | CS | 415.00 | 0.60 | 249.00 | -249.00 |
| 10/20/2021 | Conference with opposing counsel regarding discovery issues. | BF | 350.00 | 0.50 | 175.00 | 0.00 |
| 10/21/2021 | Conference with BF regarding discovery responses | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 10/21/2021 | Conference with BF regarding motion to extend deadline. | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 10/25/2021 | Draft email to Haar regarding the outstanding discovery issues | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 10/26/2021 | Receive, review, and respond to email from opposing counsel regarding discovery proposal and extension | BF | 350.00 | 0.40 | 140.00 | 0.00 |
| 10/27/2021 | Phone call to Haar to follow up on my email. No answer. Left a message. | BF | 350.00 | 0.10 | 35.00 | -35.00 |
| 10/27/2021 | Draft motion to extend deadlines | BF | 350.00 | 1.60 | 560.00 | 0.00 |
| 10/27/2021 | Phone call with opposing counsel. They will not agree to extend any deadlines | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 10/27/2021 | Draft deposition notices for the four individual witnesses | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 10/27/2021 | Edit motion to compel with BF. | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 10/28/2021 | Exercise billing judgment | ASW | 150.00 | 1.00 | 150.00 | -150.00 |
| 10/28/2021 | Draft corporate designee deposition notice | BF | 350.00 | 1.80 | 630.00 | 0.00 |
| 10/28/2021 | Draft brief in support of motion to extend. | BF | 350.00 | 2.20 | 770.00 | 0.00 |

| Date | Description | Atty | Rate | Hours | Amount | Adj |
|---|---|---|---|---|---|---|
| 10/29/2021 | Exercise billing judgment | ASW | 150.00 | 1.40 | 210.00 | -210.00 |
| 10/29/2021 | Email to client attaching motion to enlarge deadlines filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 11/01/2021 | Review draft responses. Review file for postage receipts. Review endicia app and online account. Call to endicia | ASW | 150.00 | 0.60 | 90.00 | -90.00 |
| 11/02/2021 | Review file regarding discovery | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 11/03/2021 | Research for documents requested in discovery | CS | 415.00 | 0.40 | 166.00 | 0.00 |
| 11/03/2021 | Call with client regarding discovery | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 11/03/2021 | Update discovery responses | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 11/03/2021 | Email to ASW and BF regarding discovery responses. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 11/04/2021 | Call endicia regarding postage receipts | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 11/04/2021 | Review discovery responses. Prepare documentation for discovery responses | ASW | 150.00 | 0.50 | 75.00 | 0.00 |
| 11/08/2021 | Draft email to opposing counsel regarding discovery | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 11/08/2021 | Review bill. | CS | 415.00 | 0.20 | 83.00 | -83.00 |
| 11/09/2021 | Prep responses for client signature. Email to CS regarding the same | ASW | 150.00 | 0.20 | 30.00 | 0.00 |
| 11/11/2021 | Review discovery. Email to CS | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 11/11/2021 | Receive and review email from Haar. He is speaking to his client on Friday and then will get back to me | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 11/11/2021 | Call to client regarding discovery. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 11/15/2021 | Draft email to opposing counsel following up on his discussion with his client. | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 11/15/2021 | Email to client with brief in support of motion to extend deadlines and order regarding the same | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 11/16/2021 | Receive, review, and respond to email from opposing counsel regarding discovery issues | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 11/18/2021 | Draft stipulation | BF | 350.00 | 0.60 | 210.00 | 0.00 |
| 11/18/2021 | Phone call with client to advise him that the depositions have been canceled for next week | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 11/18/2021 | Draft combined discovery set 3 | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 11/18/2021 | Review and edit discovery stipulation | CS | 415.00 | 0.50 | 207.50 | 0.00 |
| 11/25/2021 | Email to client attaching stipulation regarding discovery | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 11/30/2021 | Email to client attaching notice setting hearing (2). | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 12/07/2021 | Attend hearing on stipulation regarding discovery. Court will refer the matter to a mediator immediately | BF | 350.00 | 1.30 | 455.00 | 0.00 |
| 12/07/2021 | Receive and review proceeding hearing memo regarding stipulation concerning discovery filed on the docket | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 12/13/2021 | Email to client with order appointing mediator filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 12/15/2021 | Receive and review email from Haar regarding handling mediation | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 12/15/2021 | Conference with client regarding date for mediation | CS | 415.00 | 0.10 | 41.50 | 0.00 |

| Date | Description | Tkpr | Rate | Hours | Amount | Adjust |
|---|---|---|---|---|---|---|
| 12/15/2021 | Email to Wren regarding mediation | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 12/15/2021 | Receive and review email from Haar regarding mediation date | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 12/20/2021 | Receive and review email from Haar regarding proposed mediation date | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 12/21/2021 | Receive and review email from Wren regarding the dates being fine and filing a motion | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 12/21/2021 | Receive and review email from Haar regarding acceptable date and preparing a motion. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 12/21/2021 | Receive and review email from Haar attaching RFI acknowledgement letter | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 12/21/2021 | Receive and review email from Haar regarding dates for mediation | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 12/29/2021 | Email to Wren & Haar regarding zoom and dates for mediation | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 12/29/2021 | Receive and review auto reply from Haar regarding out of office | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 12/30/2021 | Receive and review email from Wren regarding setting up mediation | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 12/30/2021 | Receive and review email from Haar regarding preparing draft motion | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/04/2022 | Receive, review, and respond to email from Haar attaching joint motion on mediation. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 01/04/2022 | Receive and review email from Haar attaching new draft motion | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/04/2022 | Receive and review email from BF regarding discovery deadline | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 01/04/2022 | Receive and review email from BF regarding TMS request for continuance | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 01/04/2022 | Email to Haar regarding his draft | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/04/2022 | Receive, review, and respond to email from Haar attaching updated draft motion | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/04/2022 | Receive and review email from Haar regarding filing after hearing from mediator | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/05/2022 | Receive, review, and respond to email from Wren confirming mediation | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/05/2022 | Receive and review email from Haar confirming mediation time | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 01/05/2022 | Receive and review unopposed motion regarding mediation filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/05/2022 | Receive and review email from Haar confirming motion on mediation was filed and attaching the same | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/07/2022 | Call to client. No answer, leave message | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 01/07/2022 | Email to client attaching consent to mediation motion and regarding mediation date | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/10/2022 | Receive and review order concerning mediation filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/10/2022 | Receive and review email from Haar confirming order regarding mediation was granted | CS | 415.00 | 0.10 | 41.50 | 0.00 |

| Date | Description | Atty | Rate | Hours | Amount | Adj |
|---|---|---|---|---|---|---|
| 01/11/2022 | Call to client. No answer, leave message | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 01/13/2022 | Receive and review email from client confirming receipt of mediation information | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/30/2022 | Email to client regarding mediation and attaching order regarding mediation | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/02/2022 | Receive and review email from CS to Haar. Analyze to determine if this is information which is needed for the mediation memo | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 02/02/2022 | Begin drafting mediation memo | BF | 350.00 | 0.30 | 105.00 | 0.00 |
| 02/04/2022 | Finalize mediation memo | BF | 350.00 | 0.40 | 140.00 | 0.00 |
| 02/09/2022 | Email to Haar attaching part of a draft Motion for Summary Judgment. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/09/2022 | Receive and review email from Haar regarding following up with his client regarding response | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 02/10/2022 | Email to Wren attaching mediation memo. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/10/2022 | Work on mediation memo with BF | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 02/15/2022 | Receive and review email from Haar regarding late start. Call to Haar. No answer, leave message. Email to Haar regarding the same | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/15/2022 | Receive, review, and respond to email from Haar regarding late start | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/15/2022 | Return call to Matt Haar regarding mediation. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 02/15/2022 | Receive, review, and respond to to email from Wren regarding mediation schedule | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/15/2022 | Receive, review, and respond to email from Haar regarding mediation call and availability | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 02/15/2022 | Receive and review email from Haar regarding mediation start time | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/16/2022 | Receive and review email from Wren regarding mediation schedule | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/16/2022 | Receive and review email from Haar regarding proceeding with mediation | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/16/2022 | Meeting with client in preparation for mediation | CS | 415.00 | 0.40 | 166.00 | 0.00 |
| 02/17/2022 | Receive and review email from client attaching mortgage statement | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 02/17/2022 | Meet with client ahead of mediation | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/17/2022 | Attend mediation via zoom | CS | 415.00 | 2.20 | 913.00 | 0.00 |
| 02/17/2022 | Conference with BF regarding mediation | CS | 415.00 | 1.30 | 539.50 | 0.00 |
| 02/17/2022 | Receive and review email with client's mortgage statement | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/17/2022 | Receive and review email from Wren regarding zoom not working | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 02/17/2022 | Receive, review, and respond to email from Haar regarding dial-in for mediation | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 02/17/2022 | Receive and review email from Haar asking after zoom info | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 03/02/2022 | Email to opposing counsel regarding depositions | BF | 350.00 | 0.20 | 70.00 | 0.00 |

| Date | Description | | Price | Units | Amount | Discount |
|---|---|---|---|---|---|---|
| 03/02/2022 | Receive and review mediator report | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 03/02/2022 | Receive, review, and respond to email from opposing counsel regarding depositions | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 03/02/2022 | Receive and review email from Wren attaching report of mediator that was filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/02/2022 | Receive and review email from Haar regarding mediation report | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 03/08/2022 | Receive and review email from Haar regarding working on settlement offer | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/11/2022 | Email to BF regarding deps | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/14/2022 | Email to client with report of mediator filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/14/2022 | Receive and review email from Haar with settelement offer | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/15/2022 | Conference with CS regarding settlement | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 03/15/2022 | Draft offer of judgment for Defendant to tender | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 03/16/2022 | Receive, review, and respond to email from Carlo regarding settlement offer | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 03/16/2022 | Draft email to opposing counsel regarding offer of judgment | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 03/16/2022 | Receive and review signed offer of judgment from Haar | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/16/2022 | Call to client. Begin email to client regarding offer. Call from client. He will accept offer | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 03/16/2022 | Receive and review email from BF to Haar regarding proposal and draft offer of judgment | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 03/18/2022 | Receive and review offer of judgment. Draft email to CS with proposed plan | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 03/24/2022 | Exercise billing judgment | CS | 415.00 | 0.50 | 207.50 | -207.50 |
| | | | | *Sub-total Fees:* | **40,825.00** | **-4,067.00** |
| | | | | *Net Fees After Discount:* | **36,758.00** | |

## Expenses

| Date | Description | Price | Units | Amount | Discount |
|---|---|---|---|---|---|
| 05/28/2020 | CourtCall Fee | 54.00 | 1.00 | 54.00 | 0.00 |
| 08/27/2020 | CourtCall | 69.75 | 1.00 | 69.75 | 0.00 |
| 09/03/2020 | Postage for RFI to the Money Source. | 1.00 | 7.09 | 7.09 | 0.00 |
| 09/25/2020 | Postage for second RFI to money source. | 1.00 | 7.09 | 7.09 | 0.00 |
| | | | *Sub-total Expenses:* | **137.93** | **0.00** |

## Total

|  |  |
|---|---|
| Net Fees After Discount: | 36,758.00 |
| Net Expenses After Discount: | 137.93 |
| *Total:* | **36,895.93** |