# Sabatini Freeman, LLC

216 N. Blakely St.
Dunmore, PA 18512

Statement as of: 3/24/2022

**Clarence Lewis**
**312 Church St.**
**Taylor, PA 18517**

Our file number: 3250-002

### Rate Summary

| Professional | Gross | | Discount | | Net |
|---|---|---|---|---|---|
| Brett Freeman | 50.30 hours at $350.00/hr | $17,605.00 | 4.40 hours | ($1,540.00) | $16,065.00 |
| Carlo Sabatini | 11.10 hours at $415.00/hr | $4,606.50 | 3.00 hours | ($1,245.00) | $3,361.50 |
| Ashley Werner | 1.90 hours at $150.00/hr | $285.00 | 1.90 hours | ($285.00) | $0.00 |
| Total: | 63.30 hours (before discount) | $22,496.50 | 9.30 hours | ($3,070.00) | $19,426.50 |

### Itemized Listing of Services

| Date | Description | | Rate | Hours | Amount | Discount |
|---|---|---|---|---|---|---|
| 10/02/2019 | Receive and review email from Spivack regarding calling me tomorrow | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 10/03/2019 | Prepare for phone call with Spivack | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 11/18/2019 | Review RESPA complaint for accuracy | ASW | 150.00 | 0.30 | 45.00 | -45.00 |
| 11/18/2019 | Prepare RESPA Retainer Agreement | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 11/18/2019 | Conference with CS regarding TILA issue | BF | 350.00 | 0.40 | 140.00 | 0.00 |
| 11/18/2019 | Review retainer and amendment. Call to client. No answer, mailbox full. Email to client with retainer agreement | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 11/23/2019 | Call to client regarding representation agreement | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 11/25/2019 | Email to client with retainer agreement. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 11/25/2019 | Receive and review email from client concurring with representation agreement. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 01/17/2020 | Work on discovery | CS | 415.00 | 1.20 | 498.00 | 0.00 |
| 01/20/2020 | Draft second discovery request | CS | 415.00 | 1.50 | 622.50 | 0.00 |
| 01/23/2020 | Review and edit amended complaint. | CS | 415.00 | 1.00 | 415.00 | 0.00 |
| 01/23/2020 | File amended complaint | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 01/27/2020 | Conference with CS regarding offer of judgment. | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 01/27/2020 | Review file. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 01/27/2020 | Prepare redline of amended complaint per order filed on the docket | CS | 415.00 | 0.50 | 207.50 | -207.50 |
| 02/25/2020 | Conference with CS regarding whether Rule 11 motion for asserting that RESPA does not require them to provide the name of the owner of the loan. | BF | 350.00 | 0.20 | 70.00 | -70.00 |

| Date | Description | Atty | Rate | Hours | Amount | Adjustment |
|---|---|---|---|---|---|---|
| 02/26/2020 | Receive and review email from BF regarding Rule 11 Motion. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 02/26/2020 | Email to BF regarding designated address for RFI | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 03/02/2020 | Receive and review email from Mishoe attaching Motion to Stay Discovery and corresponding documents | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 03/11/2020 | Begin drafting brief | BF | 350.00 | 4.60 | 1,610.00 | 0.00 |
| 03/12/2020 | Continue drafting brief | BF | 350.00 | 3.90 | 1,365.00 | 0.00 |
| 03/12/2020 | Receive and review email from BF regarding cases cited. Conference with BF regarding the same. | CS | 415.00 | 0.40 | 166.00 | 0.00 |
| 03/12/2020 | Receive, review, and respond to email from BF regarding statutory damages under RESPA. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/16/2020 | Receive and review email from BF regarding statutory damages. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/04/2020 | Conference with CS regarding offer of judgment. | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 04/09/2020 | Conference with CS regarding TMS not consenting to amending complaint | BF | 350.00 | 0.10 | 35.00 | 0.00 |
| 05/19/2020 | Receive and review Matthew Haar's entry of appearance | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 06/04/2020 | Conference with CS regarding arguments for brief. | BF | 350.00 | 0.30 | 105.00 | 0.00 |
| 09/10/2020 | Receive and review email from Bonial & Associates, P.C. advising that they cannot accept an RFI | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 09/24/2020 | Prepare QWR to the Money Source | CS | 415.00 | 0.80 | 332.00 | 0.00 |
| 09/25/2020 | Travel time to post office. In post office. Travel back from post office | ASW | 150.00 | 0.40 | 60.00 | -60.00 |
| 03/01/2021 | Draft request for information | BF | 350.00 | 1.00 | 350.00 | -350.00 |
| 03/04/2021 | Research regarding appropriate remedy when a mortgage company seeks to collect fees without making a 3002.1 disclosure. | BF | 350.00 | 0.90 | 315.00 | 0.00 |
| 03/05/2021 | Continue drafting request for information | BF | 350.00 | 0.40 | 140.00 | -140.00 |
| 03/12/2021 | Conference with CS regarding motion to compel | BF | 350.00 | 0.30 | 105.00 | 0.00 |
| 03/26/2021 | Receive and review file with SMD. Letter to opposing counsel. | BF | 350.00 | 0.10 | 35.00 | -35.00 |
| 04/08/2021 | Draft email to opposing counsel | BF | 350.00 | 1.80 | 630.00 | -630.00 |
| 05/26/2021 | Research regarding consequences for failing to raise issues during the good-faith conference | BF | 350.00 | 0.90 | 315.00 | 0.00 |
| 05/28/2021 | Research for brief | BF | 350.00 | 1.90 | 665.00 | 0.00 |
| 06/01/2021 | Continue researching for brief | BF | 350.00 | 0.40 | 140.00 | 0.00 |
| 06/15/2021 | Draft brief | BF | 350.00 | 2.30 | 805.00 | 0.00 |
| 06/17/2021 | Continue drafting brief | BF | 350.00 | 2.50 | 875.00 | 0.00 |
| 06/23/2021 | Continue drafting brief | BF | 350.00 | 2.20 | 770.00 | 0.00 |
| 07/06/2021 | Continue drafting brief | BF | 350.00 | 2.60 | 910.00 | 0.00 |
| 07/07/2021 | Continue drafting brief | BF | 350.00 | 2.80 | 980.00 | 0.00 |
| 07/08/2021 | Continue drafting brief | BF | 350.00 | 3.30 | 1,155.00 | 0.00 |
| 07/13/2021 | Receive and review response to RFI from Haar | CS | 415.00 | 0.10 | 41.50 | -41.50 |

| Date | Description | | Price | Units | Amount | Discount |
|---|---|---|---|---|---|---|
| 07/19/2021 | Conference with CS regarding RFI response and next steps | BF | 350.00 | 0.80 | 280.00 | -280.00 |
| 07/19/2021 | Conference with BF regarding RFI response and next steps | CS | 415.00 | 0.80 | 332.00 | -332.00 |
| 07/23/2021 | Conference with BF to work on brief | CS | 415.00 | 2.40 | 996.00 | 0.00 |
| 07/26/2021 | Draft reply brief in support of motion to compel | BF | 350.00 | 5.40 | 1,890.00 | 0.00 |
| 07/27/2021 | Continue drafting brief | BF | 350.00 | 2.50 | 875.00 | 0.00 |
| 08/02/2021 | Finalize brief with CS | BF | 350.00 | 0.80 | 280.00 | 0.00 |
| 08/03/2021 | Conference with CS regarding defendants delay in responding to discovery questions. | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 08/03/2021 | Conference with BF regarding defendants delay in responding to discovery questions. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 08/05/2021 | Conference with CS regarding strategy | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 10/15/2021 | Analyze discovery response with CS and chart out deposition strategy and future discovery strategy. | BF | 350.00 | 2.40 | 840.00 | 0.00 |
| 10/21/2021 | Conference with CS regarding discovery responses and strategy moving forward | BF | 350.00 | 0.60 | 210.00 | 0.00 |
| 10/27/2021 | Edit motion to compel with CS. | BF | 350.00 | 0.30 | 105.00 | 0.00 |
| 11/09/2021 | Call to client regarding retainer agreement. No answer, leave message | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 12/16/2021 | Prepare RFI | ASW | 150.00 | 1.00 | 150.00 | -150.00 |
| 12/16/2021 | Review and edit redline RFI. | BF | 350.00 | 0.10 | 35.00 | -35.00 |
| 12/16/2021 | Edit RFI. Email to BF regarding redline RFI | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 12/16/2021 | Email to Haar and Riley attaching RFI | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 01/18/2022 | Receive and review email from Haar attaching response to RFI | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 02/02/2022 | Email to Haar with response to RFI response | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 02/08/2022 | Contniue drafting SJ documents | BF | 350.00 | 0.90 | 315.00 | 0.00 |
| 02/09/2022 | Continue drafting SJ documents regarding liability for the TILA claim | BF | 350.00 | 1.20 | 420.00 | 0.00 |
| 02/09/2022 | Email to Haar asking after outstanding information from RFI | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 02/10/2022 | Work on mediation memo with CS. | BF | 350.00 | 0.30 | 105.00 | 0.00 |
| 02/11/2022 | Receive and review email from Haar with additional RFI response | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 02/17/2022 | Conference with CS regarding mediation | BF | 350.00 | 1.30 | 455.00 | 0.00 |
| | | | | *Sub-total Fees:* | 22,496.50 | -3,070.00 |
| | | | | *Net Fees After Discount:* | **19,426.50** | |

### **Expenses**

| Date | Description | Price | Units | Amount | Discount |
|---|---|---|---|---|---|
| | | | *Sub-total Expenses:* | | |

### **Total**

Net Fees After Discount:  19,426.50

Net Expenses After Discount: 0.00

*Total:* **19,426.50**