IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 3:24cv387 |
| CLARENCE WILLIAM LEWIS, JR. | : | |
| Chapter 13 DEBTOR | : | (Judge Munley) |
| | : | |

CLARENCE WILLIAM LEWIS, JR., :
        Appellant :
         :
   v. :
         :
The Money Source, Inc., :
        Appellee :

## ORDER

AND NOW, to wit, this 23rd day of January 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) The bankruptcy appeal filed by Clarence William Lewis, Jr. is hereby **DENIED**;

2) Clarence William Lewis, Jr.'s request for oral argument, (Doc. 15), is also **DENIED**; and

3) The Clerk of Court is directed **CLOSE** this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court